IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL TOMPKINS, Special Administrator of the Estate of Zachary Tompkins, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>USMAN AKHTAR, M.D.;<br><br>Defendant. | 4:21CV3044<br><br><br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

IT IS ORDERED that the parties' stipulated motion to amend the final progression order is granted. (Filing No. 58). The unexpired deadlines in the final progression order are amended as follows:

1) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is July 18, 2022. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by August 1, 2022.

    **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) The deadlines for complete expert disclosures[1] for all experts expected to

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the defendant(s):        July 11, 2022.

    Plaintiff(s)' rebuttal:        July 25, 2022.

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is August 22, 2022.

4) The deadline for filing motions to dismiss and motions for summary judgment is July 18, 2022.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is August 19, 2022.

6) Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

7) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8) All other deadlines in the prior progression orders remain unchanged. All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 18th day of May, 2022.

                BY THE COURT:

                *s/ Cheryl R. Zwart*

                United States Magistrate Judge