IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DANIEL TOMPKINS, Special Administrator of the Estate of Zachary Tompkins, deceased;

Plaintiff,

vs.

USMAN AKHTAR, M.D.;

Defendant.

4:21CV3044

**ORDER**

After conferring with counsel,

IT IS ORDERED that Plaintiffs' motion, (Filing No. 65), is granted as follows:

1) On or before August 5, 2022, the parties shall advise this court on whether the parties will be engaging in alternative dispute resolution, and,

   a. If they intend to engage in mediation, the date or approximate date of the mediation; and

   b. If they will participate in a settlement conference before the undersigned magistrate judge, whether it will be held on September 15, 2022, and whether it will be held in person, by Zoom, or a combination of both. If a settlement conference will be held but a different date is needed, the parties shall contact my chambers for additional available dates.

2) The deadline for serving Plaintiffs' rebuttal expert reports is extended to August 24, 2022.

3) All other unexpired case progression deadlines are stayed pending further order of the court.

July 29, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge